JS-6 Entered
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 13 2011
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VALENCIANO,<br><br>Petitioner,<br><br>vs.<br><br>FRANCISCO QUINTANA,<br><br>Respondent. | Case No. CV 11-2432-SJO (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: 5/12/11

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE